|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |
| 8   | UNITED STATES DISTRICT COURT | |
| 9   | CENTRAL DISTRICT OF CALIFORNIA | |
| 10  | WESTERN DIVISION | |

| | | |
|---|---|---|
| SCOTT CHARLES SEEHAUSEN, | ) | Case No. CV 17-02588-GW (JDE) |
| Petitioner, | ) ) ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| JOSIE GASTELO, Warden, | ) ) ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss filed by Respondent, the Motion for Leave to File FRCP Rule 15 Amended and Supplemental Pleading ("Motion for Leave to Amend") filed by Petitioner, the Motion to Stay and Hold in Abeyance ("Motion to Stay") filed by Petitioner, and the respective oppositions, responses and/or replies thereto, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Respondent's Motion to Dismiss (Dkt. No. 24) is GRANTED;
(2) Petitioner's Motion for Leave to Amend (Dkt. No. 26) is DENIED;
(3) Petitioner's Motion to Stay is DENIED; and
(4) Judgment be entered denying the petition and dismissing this action without prejudice.

Dated: December 24, 2017

*/s/ George H. Wu*
GEORGE H. WU
United States District Judge