JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SCOTT CHARLES SEEHAUSEN,

    Petitioner,

v.

JOSIE GASTELO, Warden,

    Respondent.

Case No. CV 17-02588-GW (JDE)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: December 24, 2017

_____
GEORGE H. WU
United States District Judge